JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRION GEE BROOMFIELD,<br><br>   Petitioner,<br><br> v.<br><br>JOSIE GASTELO,<br><br>   Respondent. | CASE NO. 5:20-cv-1901-SK<br><br>**JUDGMENT** |

  Pursuant to the Order Granting Respondent's Motion to Dismiss First Amended Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action under 28 U.S.C. § 2254 are dismissed for lack of jurisdiction.

DATED: <u>February 23, 2021</u>

                  STEVE KIM
                  U.S. MAGISTRATE JUDGE